In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-370 CV


____________________



DAN THOMAS, Appellant



V.



LINDA BILBY-KNIGHT AND METTIE FAYE DEGETAIRE, Appellees






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 17594






MEMORANDUM OPINION (1)


 Dan Thomas appeals the denial of his motion to discharge costs in his suit against
Linda Bilby-Knight and Mettie Faye Degetaire. We questioned our jurisdiction. Thomas's
reply asserts that the trial court's order is an appealable final order. 

 Thomas appealed this suit, Cause No. 17594, to this Court in Appeal No. 09-00-563
CV. The appeal was transferred to the Thirteenth Court of Appeals and docketed as
Appeal No. 13-01-034 CV. On June 28, 2001, the Thirteenth Court of Appeals addressed
the issue of taxation of costs in its opinion affirming the trial court's judgment. See Thomas
v. Knight, 52 S.W.3d 292 (Tex. App.-Corpus Christi 2001, pet. denied), cert. denied, 123
S.Ct. 49, 154 L.Ed.2d 154 (2002). A petition for review to the Texas Supreme Court and
a petition for writ of certiorari to the United States Supreme Court were both denied, and
the Thirteenth Court of Appeals issued its mandate on March 27, 2002. On March 28,
2003, Thomas filed a motion titled "Petition to Discharge Court Ordered Cost Due to
Inability to Pay Such Sum of $372.00." The motion alleged that the judgment for costs
should be discharged pursuant to a statute applicable to criminal cases. See Tex. Code
Crim. Proc. Ann. art. 43.09(f) (Vernon Supp. 2003) ("A court may require a defendant
who is unable to pay a fine or costs to discharge all or part of the fine or costs by
performing community service."). The trial court denied the motion on April 14, 2003. 
 An issue relating to a judgment for costs must be brought in the regular appeal. See
Smith v. State, 500 S.W.2d 682 (Tex. App.-Corpus Christi 1973, no writ). Thomas
actually raised the cost issue in his appeal, and lost. The judgment in this case is now
final. The order identified in the notice of appeal is not amenable to a new appeal. The
appeal is dismissed for lack of jurisdiction. 

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered September 25, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.